IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00213-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN FELIPE MONTES-LUCERO,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

A Notice of Disposition (Dkt. # 12) was filed in the above matter on July 12, 2006. A Change of Plea hearing is set for **Thursday, August 17, 2006 at 8:30 a.m.**, in lieu of the final trial preparation conference, which is hereby VACATED. **Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on August 10, 2006.** <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u>** (*see* **D.C.COLO.LCrR 11.1F).**

IT IS FURTHER ORDERED that the three-day jury trial in this matter, set to commence August 28, 2006, is VACATED.

DATED: July 12, 2006        BY THE COURT:

                                     *s/ Phillip S. Figa*

                                     _____
                                     Phillip S. Figa
                                     United States District Judge