IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00213-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JUAN FELIPE MONTES-LUCERO,

      Defendant.
_____

## ORDER
_____

      Due to the Court's calendar the Change of Plea Hearing currently set for Thursday, August 17, 2006, at 8:30 a.m. is RESET to **Thursday, August 17, 2006, at 1:30 p.m.**

      DATED: August 16, 1006.

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge