IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00213-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN FELIPE MONTES-LUCERO,

    Defendant.
_____

**ORDER**
_____

    Due to the Court's calendar the Change of Plea Hearing set for Thursday, August 17, 2006, at 1:30 p.m. is RESET to **August 23, 2006, at 1:30 p.m.**

    DATED: August 17, 2006.

                                               BY THE COURT:

                                               *s/ Phillip S. Figa*

                                               _____
                                               Phillip S. Figa
                                               United States District Judge